UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Willie J. Boyer,                                                                    Civ. No. 19-2213 (PAM/BRT)

      Petitioner,

v.                                                                                                      **ORDER**

Warden Fikes,

      Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Becky R. Thorson dated June 17, 2020. (Docket No. 14.) The R&R recommends dismissing Petitioner Willie J. Boyer's request for habeas relief as moot, because he was released from custody on January 24, 2020, and a person no longer in custody is not entitled to habeas relief. See 28 U.S.C. § 2241(c)(1).

This Court must review de novo any portion of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b). Neither party objected to the R&R and the time to do so has passed. After conducting the required review and for the following reasons, the Court **ADOPTS** the R&R.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 14) is **ADOPTED**; and

2. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DISMISSED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 2, 2020

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge